UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Big Stone Gap Division)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 14 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

CHARLES PURYEAR, )
)
PLAINTIFF, )
)
v. ) Civil Action No.: 2:19-cv-00009
)
TRUMBULL INSURANCE COMPANY, )
)
DEFENDANT. )

## ORDER

This matter came before the Court upon the Joint Stipulation for Dismissal of the above-styled case in accord with the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in consideration of such stipulation, it is hereby ADJUDGED, ORDERED and DECREED that the above-styled action is dismissed.

ENTER this Order this _____14th_____ day of _____June_____, 2019.

_____
United States District Court Judge